```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 30531
   ANGELINE D ALI
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5579

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/10/2008 and was not confirmed.

     The case was dismissed without confirmation 12/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
WELLS FARGO               MORTGAGE NOTI NOT FILED             .00          .00
ROUNDUP FUNDING LLC       UNSECURED         4802.41           .00          .00
LVNV FUNDING              UNSECURED          195.32           .00          .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00            .00          .00
WELLS FARGO HOME MORTGAG  SECURED NOT I   223580.38           .00          .00
LVNV FUNDING              UNSECURED         4518.27           .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                  --------------         --------------
TOTALS                  .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```